No. 142. Segura *v.* The San Juan Light & Transit Company.—Appeal from the District Court of San Juan. Decided October 21, 1904. Withdrawn on motion of the appellant. *Mr. Bosch,* for appellant. *Mr. Falcón,* for respondent.

---

No. 55. Gelpí et al. *v.* Rivera.—Appeal from the District Court of Ponce. Decided November 5, 1904. It was declared that the appeal could not be considered. *Mr. Colón,* for appellants. *Mr. Poventud,* for respondents.

---

No. 47. Walls *v.* Vall.—Appeal from the District Court of Ponce. Decided December 6, 1904. Dismissed for failure of the appellant to file his brief. *Mr. Wilcox,* for respondent.

---

No. 53. Brenes *v.* A. Hartman & Co. et al.—Appeal from the District Court of Humacao. Decided December 6, 1904. Motion to dismiss the appeal overruled. *Mr. Guzmán Benítez,* for petitioner. *Mr. Vías Ochoteco,* for appellant.

---

No. 122. Méndez *v.* Estate of Celis Aguilera et al.—Appeal from the District Court of Humacao. Decided December 14, 1904. Withdrawn on motion of the appellant. *Mr. Tirado,* for appellant.